# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH S. BROWN III and PATRICK BROWN<br>　　　Plaintiffs<br><br>v.<br><br>METAMORPHIC PARTNERS, LLC, DONALD LACOMBE, DANIEL URRUTIA, and KIRBY BLACK<br>　　　Defendants | CASE NO. 6:25-CV-00973<br><br>JUDGE S. MAURICE HICKS, JR.<br><br>MAGISTRATE JUDGE<br>DAVID J. AYO |

## PROPOSED SCHEDULING ORDER DEADLINES

Plaintiffs, Joseph S. Brown III and Patrick Brown, and Defendants, Metamorphic Partners, LLC, Metamorphic Partners, LLC, Donald Lacombe, Daniel Urrutia, and Kirby Black have conferred and jointly propose the below deadlines to be included in the scheduling order to be entered by the Court in this case:

| | |
|---|---|
| Joinder of Parties and Amendment of Pleadings | November 13, 2026 |
| Plaintiffs' Expert Reports / Disclosures | November 13, 2026 |
| Defendants' Expert Reports / Disclosures | November 30, 2026 |
| Fact Discovery Completion Deadline | November 13, 2026 |
| Expert Discovery Completion Deadline | December 15, 2026 |
| Deadline to File Discovery Motions | December 15, 2026 |
| Deadline to File Dispositive Motions | December 15, 2026 |
| Daubert Motion Deadline | January 15, 2027 |

Respectfully submitted:

| */s/ Timothy M. Brinks* | | */s/ Joelle F. Evans* | |
|---|---|---|---|
| Signature of Attorney for Plaintiffs | | Signature of Attorney for Defendants | |
| Name: | Timothy M. Brinks | Name: | Joelle F. Evans |
| Firm: | Adams & Reese LLP | Firm: | Schonekas Evans McGoey & McEachin, LLC |
| Address: | 701 Poydras St., Ste. 4500 | Address: | 909 Poydras Street, Suite 1600 |
| | New Orleans, LA 70139 | | New Orleans, LA 70112 |
| Telephone: | 504-581-3234 | Telephone: | 504-680-6050 |